UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOHAN S. SASIKUMAR,<br><br>             Plaintiff,<br><br>-against-<br><br>THE BROOKLYN HOSPITAL CENTER, ROBIN PINO, ROY NEWTON, ISOKEN OKHVAHESUYI, RONALD MUSSLEWHITE, 1199/SEIU, and ETHYL JAMES,<br><br>             Defendants. | ECF Case<br><br>Case No. 09-CV-5632 (ENV) (RML)<br><br>**STIPULATION OF<br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties in the above-captioned action, that all claims asserted by Plaintiff against Defendants in the above captioned matter are voluntarily dismissed in their entirety, with prejudice, inclusive of any claims for attorneys' fees and costs.

**IT IS FURTHER STIPULATED AND AGREED** that facsimile copies of the signatures of Plaintiff and Defendants' counsel on this stipulation may be treated as originals for all purposes.

| CONOVER LAW OFFICES | LITTLER MENDELSON, PC | LEVY RATNER, P.C. |
|---|---|---|
| By: _____<br>Bradford D. Conover<br>~~75 Rockefeller Plaza, 20th Floor~~<br>New York, New York ~~10019~~ /0001/<br>Tel: (212) 588-9080<br>375 7th Ave 21 st Fl.<br>*Attorney for Plaintiff* | By: _____<br>Barbara E. Hoey<br>Robert A. Cirino<br>900 Third Avenue<br>New York, New York 10022<br>Tel: (212) 583-9600<br><br>*Attorney for Defendants*<br>*The Brooklyn Hospital Center,*<br>*Robin Pino, Roy Newton, Isoken*<br>*Okhvahesuyi, and Ronald*<br>*Musselwhite* | By: _____<br>Robert H. Stroup<br>Vanessa Flores<br>80 Eighth Avenue, 8th Floor<br>New York, New York 10011<br>Tel: (212) 627-8100<br><br>*Attorney for Defendants*<br>*1199/SEIU and Ethyl James* |

**SO ORDERED.**

_____
Hon. Eric N. Vitaliano